

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00244-CR

Isaiah **MATA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8191
Honorable Raymond Angelini, Judge Presiding

# O R D E R

    We **grant** appellant's motion for extension of time to file a pro se brief. We **order** the brief due **December 22, 2014**.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_____
Keith E. Hottle
Clerk of Court